## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☑ FOURTH _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Tatiana Stakermann          JOINT DEBTOR: _____          CASE NO.: 25-11838-SMG

SS#: xxx-xx- 3598          SS#: xxx-xx-_____

## I.  NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☑ Not included |

## II.  PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.  MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $317.93 _____ for months  1  to  36  ;

**B.  DEBTOR(S)' ATTORNEY'S FEE:**          ☐ NONE          ☐ PRO BONO

| Total Fees: $5,200.00 | Total Paid: $1,600.00 | Balance Due: $3,600.00 |
|---|---|---|
| Payable $155.56 /month (Months 1 to 23 ) | | |
| Payable $22.22 /month (Months 24 to 24 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Safe Harbor: $5,000.00 Attorney's Fees + $200.00 Costs = $5,200.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.  TREATMENT OF SECURED CLAIMS          ☐ NONE

**A.  SECURED CLAIMS:**          ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: OAKWOOD AT SPRINGTREE HOMEOWNERS ASSOCIATION, INC. [POC#12]

Address: BAKALAR & ASSOCIATES, PA 350 CAMINO GARDENS BLVD, SUITE 104 BOCA RATON, FL 33432

| | | | |
|---|---|---|---|
| Arrearage/ Payoff on Petition Date | $3,365.00 | | |
| Regular Payment (Maintain) | $40.00 | /month (Months 1 to 36 ) | |
| Arrears Payment (Cure) | $93.47 | /month (Months 1 to 36 ) | |

Last 4 Digits of _____

Debtor(s): Tatiana Stakermann _____    Case number: 25-11838-SMG

| | |
|---|---|
| Account No.: 9604 | |
| Other: _____ | |

☑ Real Property    Check one below for Real Property:

   ☑ Principal Residence    ☐ Escrow is included in the regular payments

   ☐ Other Real Property    ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
9604 NW 49TH ST
Fort Lauderdale, FL 33351

☐ Personal Property/Vehicle

Description of Collateral:

**B. VALUATION OF COLLATERAL:** ☑ NONE

**C. LIEN AVOIDANCE** ☑ NONE

**D. SURRENDER OF COLLATERAL:** ☑ NONE

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | AmeriCredit Financial Services, Inc. dba GM Financial [POC#2] | 4359 | 2021 GMC Sierra 1500 VIN: 1GTU9FETXMZ302507 |
| 2. | Lakeview Loan Servicing, LLC / Nationstar Mortgage LLC / Mr. Cooper [POC#9] | 5526 | 9604 NW 49TH ST Sunrise, FL 33351 |
| 3. | U.S. Department of Housing and Urban Development [POC#1] | 7032 | 9604 NW 49TH ST Sunrise, FL 33351 |
| 4. | Evergreen Bank Group [POC#10] | 3598 | 9604 NW 49TH ST Sunrise, FL 33351 |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☑ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

   **A.** Pay ___$0.00___ /month (Months _1_ to _23_ )

      Pay ___$133.33___ /month (Months _24_ to _24_ )

      Pay ___$155.56___ /month (Months _25_ to _36_ )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   **C.** SEPARATELY CLASSIFIED: ☑ NONE

**VI. STUDENT LOAN PROGRAM** ☑ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☑ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

   ☑ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**IX.**    **NON-STANDARD PLAN PROVISIONS** ▣ NONE

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Debtor | Date | Joint Debtor | Date |

Tatiana Stakermann

/s/ Jose A. Blanco, Esq.            June 9, 2025
_____    _____
Attorney with permission to sign on             Date
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

_____

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.