

**ORDERED in the Southern District of Florida on April 21, 2026.**

_Scott M. Grossman_

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Tatiana Stakermann                                    Case No.: 25-11838-SMG
                                                                         Chapter 13

_____Debtor_____/

### ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL TO SELL THE HOMESTEAD PROPERTY AND EXEMPT FUNDS

**THIS MATTER** having come to be heard on the Court's Chapter 13 consent calendar on this 16th day of April 2026, upon Debtor's Motion for Approval to Sell the Homestead Property and Exempt Funds [herein "Motion"; ECF#48], noting the Response by Lakeview Loan Servicing, LLC at ECF#51, based on the record without objection, IT IS;

**ORDERED AND ADJUDGED:**

1. The Motion is GRANTED.

2. The Debtor is approved to sell her fully exempt homestead property located at 9604 NW 49TH ST, Sunrise, FL 33351, legally described as:

**A portion of "Springtree Lakes Tract 32", according to the Plat thereof, as recorded in Plat Book 79, at Page 12, of the Public Records of Broward County, Florida, being more particularly described as follows: Commence at the Southwest corner of said Tract 32; thence along the Southerly boundary of said Tract 32" North 61 degrees 09'23" East for 611.51 feet to a point of Curvature of a curve to the right; thence Northeasterly along said Southerly boundary and the arc of said curve being concave to the Southeast, have a radius of 1890.00 feet, a central angle of 12 degrees 32'55", an arc distance of 413.94 feet to the point of beginning of the herein described lands; thence North 16 degrees 17'42" West for 120.00 feet to a point on the arc of a curve to the right (radial bearing through said point being North 16 degrees 17'42" West); thence Northeasterly along the arc of said curve concave to the Southeast, having a radius of 2010.00 feet, a central angle of 01 degrees 08'49", an arc distance of 40.24 feet to a point of compound curvature of a curve to the right; thence Northeasterly and Southeasterly along the arc of said curve being concave to the Southwest, having a radius of 30 feet, a central angle of 91 degrees 26'50", and arc distance of 47.89 feet; thence south 13 degrees, 42'03" East for 89.47 feet to a point on the southerly boundary of said tract 32, said point being on the arc of a curve to the left (radial bearing through said point being North 14 degrees 18'26" West); thence southwesterly along said boundary and the arc of said curve being concave to the Southeast, having a radius of 1890.00 feet, a central angle of 01 degrees 59'16", and arc distance of 65.57 feet to the point of beginning.
Also known as Lot 14, Block 3, of that certain unrecorded Plat as Parkwood Homes II.
FOLIO: 4941 17 23 0490**

3. The Debtor will pay off all liens that attach to the homestead property at the time of closing.

4. This lien shall include, but not limited to, the lien of secured creditor, Lakeview Loan Servicing, LLC [POC#9].

5. The sale shall take place no later than 90 days after the entry of this Order.

6. In the event that the sale of the Property does not take place, Respondent shall retain its lien for the full amount due under the Loan.

7. The remaining balance of the proceeds belong to the Debtor as the property was claimed as exempt and no objections to the Debtor's exemption of this property were filed.

8. The Debtor may retain all proceeds from the sale in a separate account for the purchase a homestead in the future.

9. The Debtor shall file a motion to modify the current plan within thirty (30) days after closing.

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.