# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☑ FIRST _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Tatiana Stakermann          JOINT DEBTOR: _____  CASE NO.: 25-11838-SMG

SS#: xxx-xx- 3598                    SS#: xxx-xx-_____

## I.    NOTICES

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans must be served on all creditors as required by Local Rule 2002-1(b) and a certificate of service must be filed as required by Local Rule 9036-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:  The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☑ Not included |

## II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.  MONTHLY PLAN PAYMENT**: This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $305.33 _____ for months _1_ to _16_ ;

2.   $305.11 _____ for months _17_ to _17_ ;

3.   $196.38 _____ for months _18_ to _36_ ;

**B.  DEBTOR(S)' ATTORNEY'S FEE:**          ☐ NONE     ☐ PRO BONO

| Total Fees: | $6,000.00 | Total Paid: | $2,000.00 | Balance Due: | $4,000.00 |
|---|---|---|---|---|---|
| Payable | $145.84 | /month (Months 1 to 16 ) | | | |
| Payable | $274.60 | /month (Months 17 to 17 ) | | | |
| Payable | $178.53 | /month (Months 18 to 24 ) | | | |
| Payable | $142.25 | /month (Months 25 to 25 ) | | | |

Allowed fees under Local Rule 2016-1 are itemized below:
Safe Harbor: $5,000.00 Attorney's Fees + $200.00 Costs + $800 Motion to Modify = $6000

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.    TREATMENT OF SECURED CLAIMS    ☐ NONE

**A.  SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1.  Creditor: OAKWOOD AT SPRINGTREE HOMEOWNERS ASSOCIATION, INC. [POC#12]

Debtor(s): Tatiana Stakermann                          Case number: 25-11838-SMG

| Address: BAKALAR & ASSOCIATES, PA 350 CAMINO GARDENS BLVD. SUITE 104 BOCA RATON, FL 33432 | Arrearage/ Payoff on Petition Date | $3,365.00 | | |
|---|---|---|---|---|
| | Regular Payment (Maintain) | $37.64 | /month (Months 1 to 16 ) | |
| | Arrears Payment (Cure) | $87.97 | /month (Months 1 to 16 ) | |

Last 4 Digits of Account No.: _____ 9604 _____

Other: Property was sold according to court order ECF#52.

■ Real Property

  ■ Principal Residence

  ☐ Other Real Property

Address of Collateral:
9604 NW 49TH ST
Fort Lauderdale, FL 33351

☐ Personal Property/Vehicle

Description of Collateral:

Check one below for Real Property:

☐ Escrow is included in the regular payments

☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

**B.** **VALUATION OF COLLATERAL:** ■ NONE

**C.** **LIEN AVOIDANCE** ■ NONE

**D.** **SURRENDER OF COLLATERAL:** ■ NONE

**E.** **DIRECT PAYMENTS** ☐ NONE

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights. Secured claims filed by any creditor granted stay relief in this section will not receive a distribution from the chapter 13 trustee. The requirement of Fed. R. P. 3002.1 will cease to apply to any claim listed in this section upon confirmation of this plan.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. AmeriCredit Financial Services, Inc. dba GM Financial [POC#2] | 4359 | 2021 GMC Sierra 1500 VIN: 1GTU9FETXMZ302507 |

**IV.** **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ■ NONE

**V.** **TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

  **A.** Pay _____ $0.00 _____ /month (Months 1 to 24 )

    Pay _____ $36.28 _____ /month (Months 25 to 25 )

    Pay _____ $178.53 _____ /month (Months 26 to 36 )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  **C.** SEPARATELY CLASSIFIED: ■ NONE

**VI.** **STUDENT LOAN PROGRAM** ■ NONE

**VII.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

**VIII.** **INCOME TAX RETURNS AND REFUNDS:**

  ■ Debtor(s) will provide copies of yearly income tax returns to the chapter 13 trustee (but not file with the Court) no later than May 15th during the pendency of the chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) must increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims. [Fort Lauderdale/West Palm Beach Division cases]

Debtor(s): Tatiana Stakermann      Case number: 25-11838-SMG

IX.   NON-STANDARD PLAN PROVISIONS ▣ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Tatiana Stkly_ Debtor _____          _____ Joint Debtor _____

Tatiana Stakermann                 Date                                                                                    Date

/s/ Jose A. Blanco, Esq. _____          _____
                                                              Date
Attorney with permission to sign on
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1]This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.